IT IS HEREBY ORDERED
AS DESCRIBED BELOW.

DATED: October 24, 2011



Honorable Margaret Dee McGarity
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

MARY L. LARK,

Debtor(s).

Case No. 11-34550

Chapter 7

## ORDER TO SHOW CAUSE

Mr. Lee, the bankruptcy petition preparer in the above-captioned case having assisted the debtor in preparing the documents necessary to commence the Chapter 7 proceeding,

IT IS ORDERED that Mr. Lee shall appear before the Honorable Margaret Dee McGarity on November 16, 2011, at 11:45 a.m., in Room 150 of the United States Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin, to show cause as to value of the services rendered, why the bankruptcy petition preparer fees should not be disgorged and why further sanctions should not be imposed.   # # #