United States Bankruptcy Court
For The Eastern District of Wisconsin

In re:                                    Case No. 11-34550

Mary L. Lark                              Chapter 7

                Debtor

FILED 2011 NOV 10 AM 8:49 US BANKRUPTCY COURT EASTERN DISTRICT OF WI

Respondents Response And Objection To
Order To Show Cause Regarding Fees
of Bankruptcy Petition Preparer

The respondent Stephen Lee submits the following response and objection to the order to show cause regarding fees of petition preparer Mr. Lee:

1. The respondent operates a pro se self help center which helps people help themselves specifically if they want to file bankruptcy under the bankruptcy code

2. The fee of $90 which the debtor payed the respondent in this case was not unreasonable or excessive

#1

3, The debtor in this case could have freely chose to go to any petition preparer or bankruptcy service which advertises there services the same as respondent including going to a bankruptcy attorney, she did not the debtor freely choose to come to respondents' office and pay him $90 to show her how to help herself file bankruptcy under the bankruptcy code (Exhibits A, B)

4, Once the debtor came in the office and came to respondents' desk and advised him what chapter of the bankruptcy code she wanted to do he got the applicable forms out for that chapter and allowed the debtor to sit at his desk which has a computer and printer so she could begin to prepare her forms

5, Before getting up from his desk respondent put the applicable website in the computer so respondent could get her credit report if the debtor pulled a credit report or all three credit reports she could print them out

6, That $90 fee the debtor freely paid to respondent also included up to at least (2) hrs or more at $30 an hour (notes $30 an hour was going rate for bankruptcy paralegal services in 2005) reviewing the bankruptcy forms the debtor prepared with her

#2

7. The document review included going through each page and schedule of the applicable bankruptcy forms with the debtor and telling her to read each form and section carefully read and check the appropriate boxes; going through Exhibit D on credit counseling carefully read and check the appropriate box; going through Schedule A read carefully; Schedule B read carefully and answer accordingly None or provide description and Location of property and current value; Schedule C read carefully; Schedule D read carefully; Schedule E read carefully check appropriate boxes; Schedule F read carefully after she read form respondent showed her in first creditor box how to fill in Acct# and mailing address, date of claim and amount of claim from her credit report a reports; Schedule G read carefully; Schedule H read carefully; Schedule I read carefully and fill in applicable information; Schedule J read carefully and fill in applicable information; Statement of financial Affairs read carefully fill in applicable information; debtor took out application to pay filing fee in installments; debtor filled application for waiver of filing fee; Statement of social Security read carefully; Statement of current monthly income Means test for chapter 7 read carefully fill in applicable information and gave her Median income for her household size; Certification of

#3

completion of personal financial management told debtor she had to fill in required information if she had taken required course, or after she took required course; went through summary of schedules with debtor told her to fill in applicable information; went through statistical summary with debtor told her to fill in applicable information

8, After preparing all her forms the debtor used respondents' computer to file her creditor matrix with the court

9, After preparing all her forms respondent made copies of the debtors' petition and schedules and placed them in a manilla folder for the debtor

10, If the debtor had not already taken a credit counseling included in her folder was a list of credit counseling and debtor education agencies she could contact, she was also given the address of the bankruptcy court and the room number and hours of operation for the bankruptcy clerk

11, That $90 fee the debtor freely paid to respondent also included cost for his overhead including cost of rent, phone, electric, printer, copy machine, copy paper which costs respondent incurrs in providing a place which helped respondent help herself prepare and file her own bankruptcy papers.

#4

12. The debtors chapter 7 bankruptcy was filed by the Clerk and there is no indication from the order in this case that the debtor received a Notice of deficiency in regards her chapter 7 filing or was harmed in any way by the services respondent provided debtor in helping her help herself prepare and file her own chapter 7

13. The fee of $90 the debtor payed to respondent for the services he provided her in helping herself prepare and file her own bankruptcy papers was not unreasonable or excessive but was reasonable (Exhibits A-C)

For all the foregoing reasons the respondent objects to the order to show cause regarding fees of petition preparer Mr. Lee

Dated this 4th day of November, 2011

4019 N 17th St
Milwaukee WI 53209

By: Stephen Lee
Stephen Lee
Pro Se

#5

# DISPLAY CLASSIFIEDS

FOR AS LITTLE AS $75.00... REACH OVER 60,000 PER WEEK! CALL 262-694-4940

## APPLIANCE REPAIR

- **FREE** REPAIR ESTIMATES
- **FREE** PHONE ESTIMATES
- **FREE** TRIP CHARGE W/REPAIR
- **FREE** oil

• REFRIGERATORS • FREEZERS
• WASHERS • DRYERS • STOVES • OVENS
• HOT WATER HEATERS • FURNACES • PLUMBING
• HEATING • AIR CONDITIONING • WORK

**NORVILLE** (30yrs experience)
## 305-3200
God Bless America

## Divorce $100
414/722-2772

## DRAIN MAN
• DRAINS CLEANED
• SEWER CLEANING
• PLUMBING REPAIRS
CALL: 371-9457
HELP SAVE THE PLANET!

## CARPENTER PLUMBER HANDYMAN
Will Cover All Building Code Violations.
Call 24/7 - 414/655-4424 or
email: rudywebb11@yahoo.com

## BROKEN & USED LAPTOPS
I PAY CASH
Please call 414/306-3026

## Burnham St. Garage
Junk...
We Sell Used Tires
414/...or
414/520-2076

## 24 hr FREE APPLIANCE REMOVAL
OR ANY METAL ITEMS
SAME DAY SERVICE
Sanford & Son Service
414/419-2137

## JUNK CARS WANTED
FAST CASH
466-3550

## !$20-$120 CASH!!!
For "High Tech" Cell Phones Dayful Phones, GPS, Boost
Touch Screens, Cricket, androids or any "High Tech" Cellular.
We Pay $ MORE $ ALL CASH!! NO trade back, by featured or
Sprint (many model within nice Blid city)
CALL Mr. Life **414/551-4545** or
**262/327-1645** (11 am-7pm N. 95th St.)

## TOW AMERICA
Fast Towing Service 24-7
We Buy Junk Cars & Trucks
414/530-7292

## START FRESH DEBT SOLUTIONS, LLC
Come to an Educated, Experienced & Qualified Debt Relief Agency!
ATTENTION All Milwaukee County residents! Start Fresh Debt Solutions, your local
bankruptcy petition preparer & Non-Attorney Chapter 7 Bankruptcy Petitions for
the Low-Cost of $199.00! SPECIAL PRICE THIS WEEK ONLY - $199!
We proudly accept discrimination, wage garnishments, vehicle re-possessions! What are
you waiting for? Get your Fresh Financial Start Today! Call **414/212-8039**
Now! For your convenience, we will visit your Location!! CALL NOW!!
*Start Fresh Debt Solutions is a Debt Relief agency designated as such pursuant to the U.S. Bankruptcy Code.*

## SPEEDY MEN
2 MEN WITH TRUCKS
Full Service Moving and Delivery Service
Rates As Low As
★★★ $65/hr. ★★★
• Loading & Unloading
Call Today!
(414)531-6737

## RENT SPECIALS
DUPLEXES / SINGLE FAMILY
915-2997
540-9901

## Become a Child Care Teacher
On-line & Home Study Classes
414/362-4209
www.networkside.net

## All Star Towing
We Buy Junk Cars!
Free Pick Up
324-7897

PAGE 66 TV WEEKLY SHOPPER October 9 - 15, 2011    GUARANTEED 90,000 RED BOOKS PRINTED WEEKLY

Exhibit A

# DISPLAY CLASSIFIEDS

FOR AS LITTLE AS $15.00...REACH OVER 30,000 PER WEEK CALL 262-364-1845

- Bankruptcy - $185.00
- Divorce - $200.00
- Chapter 128 - $185.00
- Small Claims - $50.00 & up
- Quit Claim Deeds - $185.00
- Background Checks - $35.00
- Credit Restore Clean - $19.99 per month
- Process Server - $50.00

**Prosedoc LLC**
Main Office -
(414) 881-3453
My Assistant Line -
(414) 519-3453
Fast Service with Quality

**I DO ANY**
Electrical, Plumbing -n- more. Also Tree cutting, Trimming & Removal. Clean out Houses, Basements, Attics & Garages
- Senior Discounts - FREE Estimates
- Pay less, but get more work
Call Ronnie 414-745-9897

**We Buy Junk Cars, Trucks & Vans**
559-0592

## Carpet & Upholstery
**DEEP CLEANING**
1 Room $25 / 2 Rooms $40 / 3 Rooms $50
Sofa $50 / Love Seat $25 / Chair $15 (Ot $75)
2 Rooms & Sofa & Love Seat $100
414/552-0142

**24 Hour 7 Days a Week Towing Service**
Call Now...We have the Lowest Prices for you!
414/837-9847

**RIVERWEST 1 BEDROOM**
Starting @ $495/mo
Best Management
277-1288
***Must have income, credit

**MASON TOOL RENTAL**
A variety of tools for contractors, snow blowers, welders, water pullers, car jacks, trailers, saw zaws, & we even have Bungees Gear! To name a few have rent.
CALL TODAY: 414-364-3209
or 414/737-4240

**FURNACE PROBLEMS?**
Thermostats, Fan Motors and all other issues.
No Trip Charge with work.
Also Servicing Appliances
Call 414/514-0960
262-468-0702

Adult DVD's................... 7 for $20
Digital Scales............ $15 or 2/$25
Bowl Table Scales............. $30
Pennies 50 for $1........ $7
10 Bowl Grinder.............. $20
Softeners, Compressors, Drill Masters Cash Paid

**Bankruptcy Pro-Se Services**
I'll prepare all paperwork needed so it'll be easy.
Easy 1-2-3 process!!
$120 for 5 or more, additional paperwork
Please Call Monte 414-334-0756

## DUPLEXES/ SINGLE FAMILY

## REMODELED FOR RENT

915-2997
460-2154

**Home Remodeling & Deck Builder**
Windows, Doors, Siding, Roofing, Painting, Drywall, Electric, Plumbing & Concrete, Kitchens, Bathrooms, Basements
CALL TODAY 414-562-8593

**$ WE BUY JUNK CARS $**
- TOP DOLLAR CASH PAID
- 7 DAY SERVICE
- OPEN LATE
- USED TIRES
- Low Rate Towing
Ray 414-881-8308

Case 11-34550-mdm    Doc 14    Filed 11/10/11    Page 7 of 13



# DISPLAY CLASSIFIEDS

FOR AS LITTLE AS $15.00...REACH OVER 80,000 PER WEEK

**Professional Plumbing**
at Discount Pricing
40 years experience
Semi Retired
Free telephone estimates
BIG & small jobs
Also carpentry, painting & minor electrical
414/552-1212

**APPLIANCE REPAIR**
WE FIX:
*STOVES *REFRIGERATORS
*WASHERS *DRYERS
1 year warranty • Credit Debit is Accepted
610-3160

**Bankruptcy & Divorce**
Flat rate only $150 plus the court cost
Also adoption, custody & other services
Can't afford an attorney? Don't trust petition preparers
Then call someone you can afford & trust a paralegal.
WE ARE YOUR HELPING HANDS 414/543-8888

**We Buy Junk Cars, Trucks & Vans**
559-0592

**MASON TOOL RENTAL**
Variety of tools, Air Compressors, Snow blowers, Weed eater, Power Tools, Tables, Trailers, Saw Zalls & yes, we even have Barbeque Grills
CALL TODAY: 414/364-3209
or 414/737-4240

**Carpet & Upholstery**
DEEP CLEANING
414/552-0102

NOW ACCEPTING APPLICATIONS FOR:
Low income
1 Bedroom Senior Housing - Must be 62 or older or disabled
1 Bedroom w/Appliances
Laundry Center, Elevator, Locked Lobby
4821 N. 22nd St.
Call 444-4821
Equal Housing Opportunity

**Extraordinary Builders**
*Home Improvement*
Kitchen, Bath, Plumbing, Roofing, Windows, Porches, Siding, Electrical Upgrade, Heating, etc.
• Licensed & Insured
20% Off Every Job w/Ad
Free Written Estimate
414/324-0694

**TATTOOS**
call 414/467-9836
Ask for John

**DUPLEXES / SINGLE FAMILY**
REMODELED FOR RENT
915-2997
460-2154
EQUAL HOUSING

**MORE CASH FOR**
**LOW PRICES**
call Ken at 779-4647



**Exhibit B**

---

Bankruptcy $90.00  
Chapter 128 $90.00

Chapter 128 $90.00

# 𝔓𝔯𝔬 𝔖𝔢 𝔰𝔢𝔩𝔣 𝔥𝔢𝔩𝔭 𝔠𝔢𝔫𝔱𝔢𝔯
Helping People Help Themselves

*Capitol*

8201 W. ~~North Ave~~ Suite 100  
Milwaukee, WI 53222

Mr. Lee  
262-617-1402

# DISPLAY CLASSIFIEDS
## FOR AS LITTLE AS $15.00...REACH OVER 30,000 PER WEEK! CALL 262/364-1843

**Professional Plumbing at Discount Pricing**
40 years experience
Semi Retired
Sewers — free phone estimates — Plugged Drains
BIG & small Jobs
Also: carpentry, painting & minor electrical
**414/552-1212**

**Pro Se Self Help Center**
Helping People Help Themselves
Bankruptcy.....$90.00 • Chapter 128.....$90.00
No Fault Divorce.....$90.00
We will provide & help you prepare all Necessary Forms
FAST!!! RELIABLE!!! DEPENDABLE!!!
We Can Help! CALL TODAY
**262/617-1402**
Mon.-Fri. 9am-5pm • Sat. 9am-12pm

**Carpet & Upholstery DEEP CLEANING**
1 room...$29 / 2 rooms...$49 / 3 rooms...$59
Sofa...$39 / Love Seat...$29 / chair...$15 (3pc $75)
**2 Rooms, Sofa & Love Seat...$100**
(Cleaning includes pretreatment, extraction & deodorizer)
**414/552-0142**
"Guaranteed Clean"

**We Buy Junk Cars, Trucks & Vans**
**559-0592**

**Bankruptcy & Divorces**
$180 (includes your credit report)
**Chapter 128 - $75**
Are your lights off? We offer same day service
Can't afford an attorney / Don't trust petition preparers
Then call someone you can afford & trust a paralegal.
WE ARE YOUR HELPING HANDS **414/543-8888**
CALL US TODAY: 262/364-1843

**$ Top Cash Paid For Old R&B / Soul / Funk / Jazz Records $**
LP's / 12" singles / 45's (7")
House calls made,
Fast & Courteous
Call Today for an Appointment
**(414)232-7606**

**LifeSkills Academy**
A Free Private School*
Enrollment Available
Full Day K4 - 7th Grades

CHRISTIAN EDUCATION
CUSTOMIZED PLANS

NEW ARTS CURRICULM
SMALL CLASS SIZES

UNIFORM BASED
CARING SUPPORTIVE STAFF

3434 N. 38th St.
**414-444-STYL(7895)**

Free Door to Door Transportation
Food Pantry Available
*(For Qualified Individuals)

Adult DVD's................7for$20
Digital Scales.....$15 or 2/$25
Bowl Table Scales............$30
Pepper Spray......................$7
Body Oils.........................$20
$$Making Opportunities - Will Wholesale
**659-1443** Mon-Sun. 9am - 7pm

**DUPLEXES / SINGLE FAMILY REMODELED FOR RENT**
**915-2997**
**460-2154**

**WE BUY JUNK OR REPAIRABLE CARS**
**414/416-7245**

**$ WE BUY JUNK CARS! $**
•TOP DOLLAR CASH PAID
•7 DAY SERVICE
•OPEN LATE
USED TIRES
Low Rate Towing
RAY- **414-881-8308**

TV WEEKLY SHOPPER Aug. 28 – Sept. 3, 2011 PAGE 63

Exhibit C

IT IS HEREBY ORDERED
AS DESCRIBED BELOW.

DATED: October 24, 2011



Honorable Margaret Dee McGarity
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

MARY L. LARK,

Case No. 11-34550

Chapter 7

Debtor(s).

### ORDER TO SHOW CAUSE

Mr. Lee, the bankruptcy petition preparer in the above-captioned case having assisted the debtor in preparing the documents necessary to commence the Chapter 7 proceeding,

IT IS ORDERED that Mr. Lee shall appear before the Honorable Margaret Dee McGarity on November 16, 2011, at 11:45 a.m., in Room 150 of the United States Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin, to show cause as to value of the services rendered, why the bankruptcy petition preparer fees should not be disgorged and why further sanctions should not be imposed.      # # #